UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FREDERICK LEE YOUNG,

    Plaintiff,

v.                                                          Case No. 3:21cv958-LC-HTC

STATE OF FLORIDA,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on November 10, 2021 (ECF No. 17), recommending this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

Having considered the Report and Recommendation I have determined it should be adopted.

Case No. 3:21cv958-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 9th day of December, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**